| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Jimmy Adams, et al., §
§
§ Plaintiffs, §
§
versus § Civil Action H-22-1547
§
Houston Community College, §
§
Defendant. §

United States District Court
Southern District of Texas
**ENTERED**
September 13, 2022
Nathan Ochsner, Clerk

## Partial Dismissal

1. Because these employees had a chance to amend their claims by re-filing another suit, they are dismissed with prejudice:

   Ava Cosey                    Beverly Perry
   Linda Denkins                Mary Page
   Avis Horde                   Deliah Brown
   Felicia Rucker-Carter        Lorlie Ellis
   China Jenkins                Cheryl Goode
   Michelle Johnson             Rosalyn Francis
   Elfreda King                 Lue Mims

2. The following employees are dismissed without prejudice. By September 30, 2022, they may amend their claims to address the deficiencies in their complaint.

   Paulina Cary                 Quincy Henderson
   Ayoade Farinde               Clennis High
   Shuleta Harris               Erica Hubbard

| | |
|---|---|
| Vernita Jackson | Samoan Scott |
| Debra McGaughey | Dorsetta Williams |
| Ruth Parham. | Marcus Winters |
| Melody Dancer Samuels | |

Signed on September 12, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge