IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JIMMY ADAMS, ET AL.,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 4:22-CV-01547 |
| | § | |
| **HOUSTON COMMUNITY COLLEGE SYSTEM,** | § | |
| | § | |
| *Defendant*. | § | |

## NOTICE OF CHANGE OF FIRM NAME AND ELECTRONIC SERVICE ADDRESSES

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the law firm of Karczewski Bradshaw Spalding has changed its firm name to Spalding Nichols Lamp Langlois, effective immediately. The firm's address, telephone number, and fax number remain the same.

In addition, the firm's electronic service addresses for service of process for any and all notices, pleadings, discovery, documents, and communications (including non-service of documents) has changed, and the undersigned counsel's new email addresses are plamp@snll-law.com for attorney-in-charge Paul A. Lamp and mgoins@snll-law.com for Melissa M. Goins.

The undersigned requests that the Court's docket be updated accordingly.

Respectfully submitted,

SPALDING NICHOLS LAMP LANGLOIS

/s/ Paul A. Lamp
Paul A. Lamp
State Bar No. 24002443
Federal I.D. 21711
plamp@snll-law.com
Melissa M. Goins
State Bar No. 24074671
Federal I.D. 2089537
mgoins@snll-law.com
3700 Buffalo Speedway, Suite 560
Houston, Texas 77098
Telephone: 713-993-7060
Facsimile: 888-726-8374

ATTORNEYS FOR DEFENDANT HCC

**CERTIFICATE OF SERVICE**

    I certify that on January 3, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | | |
|---|---|---|
| Benjamin L. Hall, III<br>William L. Van Fleet, II<br>The Hall Law Group, PLLC<br>530 Lovett Blvd.<br>Houston, Texas 77006<br>Counsel for Plaintiff | George J. Hittner<br>The Hittner Group, PLLC<br>P.O. Box 541189<br>Houston, Texas 77254<br>Counsel for Plaintiff | James Ardoin<br>Jimmy Ardoin & Associates, PLLC<br>4900 Fournace Place, Ste. 550<br>Houston, Texas 77401<br>Counsel for Plaintiff |
| Joseph Y. Ahmad<br>Jordan Warshauer<br>Edward B. Goolsby<br>Nathan B. Campbell<br>Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, P.C. | Adrian V. Villacorta<br>The Villacorta Law Firm, PC<br>530 Lovett Blvd.<br>Houston, Texas 77057<br>Counsel for Plaintiff | Richard Morris<br>Jonathan G. Brush<br>Rogers, Morris & Grover, LLP<br>5718 Westheimer Road, Suite 1200<br>Houston, Texas 77057 |

| | |
|---|---|
| 1221 McKinney St., Ste. 2500<br>Houston, Texas 77010<br>Counsel for Plaintiff<br><br>R. Paul Yetter<br>Tracy N. LeRoy<br>Yetter Coleman, LLP<br>811 Main Street, Suite 4100<br>Houston, Texas 77002<br>Counsel for Defendant | Counsel for Defendant<br><br><br><br><br><br><br>/s/ Paul A. Lamp<br>Attorney for Defendant HCC |

3