IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JIMMY ADAMS, ET AL.,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-01547 |
| | § | |
| **HOUSTON COMMUNITY COLLEGE SYSTEM,** | § | |
| | § | |
| *Defendant*. | § | |

## JOINT MOTION FOR ENTRY OF AGREED SCHEDULING ORDER

Plaintiffs, Jimmy Adams, et al., ("Plaintiffs") and Defendant Houston Community College System ("HCC" or "the College"), file their Joint Motion for Entry of Agreed Scheduling Order as follows:

1. On April 4, 2023, the Court held a status conference to discuss this matter. During the status conference the Court requested the Parties to confer and submit an agreed proposed scheduling order. The Parties conferred and hereby submit the proposed Agreed Scheduling Order filed contemporaneously with this motion.

### Prayer

2. The Parties agree to the deadlines set forth in the proposed Agreed Scheduling Order and request that the Court approve and enter the Agreed Scheduling Order.

Respectfully submitted,

SPALDING NICHOLS LAMP LANGLOIS          The Hall Law Group, PLLC

1

/s/ Paul A. Lamp
PAUL A. LAMP
State Bar No. 24002443
Federal I.D. 21711
plamp@snll-law.com
MELISSA M. GOINS
State Bar No. 24074671
Federal I.D. 2089537
mgoins@snll-law.com
3700 Buffalo Speedway, Suite 560
Houston, Texas 77098
Telephone: 713-993-7060
Facsimile: 888-726-8374

YETTER COLEMAN LLP
R. Paul Yetter
State Bar No. 22154200
Tracy N. LeRoy
State Bar No. 24062847
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com
tleroy@yettercoleman.com

ROGERS, MORRIS & GROVER, L.L.P.
Richard Morris
State Bar No. 14497750
Federal I.D. 15004
rmorris@rmgllp.com
Jonathan G. Brush
State Bar No. 24045576
Federal I.D. 619970
jbrush@rmgllp.com
5718 Westheimer Rd., Suite 1200
Houston, Texas 77057
Telephone: 713-960-6000

ATTORNEYS FOR DEFENDANT

/s/ Benjamin L. Hall, III w/permission
Benjamin L. Hall, III
bhall@bhalllawfirm.com
William L. Van Fleet, II
bvfleet@comcast.net
Ryan Finnegan
rfinnegan@thlf.us
530 Lovett Blvd.
Houston, Texas 77006

The Hittner Group, PLLC
George J. Hittner
George.hittner@thehittnergroup.com
P.O. Box 541189
Houston, Texas 77254

The Villacorta Law Firm, PC
Adrian V. Villacorta
avillacorta@avvlaw.com
530 Lovett Blvd.
Houston, Texas 77057

Jimmy Ardoin & Associates, PLLC
James Ardoin
jimmy@jimmyardoinlaw.com
4900 Fournace Place, Suite 550
Houston, Texas 77401

Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, P.C.
Joseph Y. Ahmad
joeahmad@azalaw.com
Jordan Warshauer
jwarshauer@azalaw.com
Edward B. Goolsby
egoolsby@azalaw.com
Nathan B. Campbell
ncampbell@azalaw.com
1221 McKinney Street, Suite 2500
Houston, Texas 77010

ATTORNEYS FOR PLAINTIFFS

2

## **CERTIFICATE OF SERVICE**

      I certify that on this the May 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Benjamin L. Hall, III
bhall@bhalllawfirm.com
William L. Van Fleet, II
bvfleet@comcast.net
Ryan Finnegan
rfinnegan@thlf.us
The Hall Law Group, PLLC
530 Lovett Blvd.
Houston, Texas 77006
*(via* CM/ECF)

George J. Hittner
George.hittner@thehittnergroup.com
The Hittner Group, PLLC
P.O. Box 541189
Houston, Texas 77254
*(via* CM/ECF)

Adrian V. Villacorta
avillacorta@avvlaw.com
The Villacorta Law Firm, PC
530 Lovett Blvd.
Houston, Texas 77057
*(via* CM/ECF)

James Ardoin
jimmy@jimmyardoinlaw.com
Jimmy Ardoin & Associates, PLLC
4900 Fournace Place, Suite 550
Houston, Texas 77401
*(via* CM/ECF)

Joseph Y. Ahmad
joeahmad@azalaw.com
Jordan Warshauer
jwarshauer@azalaw.com
Edward B. Goolsby

3

egoolsby@azalaw.com
Nathan B. Campbell
ncampbell@azalaw.com
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, P.C.
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(*via* CM/ECF)

/s/ Paul A. Lamp
Attorney for Defendant HCC