UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JIMMY ADAMS, MOSES AGBOOLA, ERIC AZUBUIKE, DRUSILLA BAILEY, DELIAH BROWN, FELICIA RUCKER-CARTER, PAULINA CARY, HYGINUS CHUKWU, AVA COSEY, TERRENCE CROSBY, LINDA DENKINS, BRIGETTE DENNIS, CHARLES DRAYDEN, LORLIE ELLIS, AYOADE FARINDE, JONAH FORD, ROSALYN FRANCIS, CHERYL GOODE, BRANDY GRIFFIN, SHULETA HARRIS, AFRAH HASSAN, QUINCY HENDERSON, CLENNIS HIGH, AVIS HORDE, ERICA HUBBARD, RODNEY JACKSON, VERNITA JACKSON, CHINA JENKINS, MICHELLE JOHNSON, ANDREA JONES, SHALNADRIA JONES, STEPHANIE JONES, ELLAMEES KELLY-MOLO, ELFREDA KING, DORIS LACEY, KIMBERLY MASON, DEBRA MCGAUGHEY, LUE MIMS, KISHMA MORANCIE, MARY PAGE, RUTH PARHAM, BEVERLY PERRY, FREDRICK PORTIS, REYNALDO PRADIA, ERICA RHONE, DEBRA ROBINSON, TIFFANY ROUBLEAU, MELODY DANCER SAMUELS, SAMOAN SCOTT, SHONNA STOOT, LEON THIBODEAUX, GODWIN UNUIGBOKHAI, DORSETTA WILLIAMS, MARCUS WINTERS, AND LAQUINTA VARGAS<br>    *Plaintiffs,*<br><br>v.<br><br><br>HOUSTON COMMUNITY COLLEGE SYSTEM<br>    *Defendant.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:22-cv-01547<br><br>JURY DEMANDED |

## PLAINTIFFS' NOTICE OF FILING OF CERTIFICATE OF CONFERENCE AND PROPOSED ORDER RELATING TO DKT. 39 SUGGESTION OF DEATH OF HYGINUS CHUKWU AND MOTION TO SUBSTITUTE PURSUANT TO FRCP 25

**TO THE HONORABLE DISTRICT COURT JUDGE:**

1. Counsel for Plaintiffs in the above-referenced action gives notice that on June 8, 2023, Plaintiffs filed a Suggestion of Death of Hyginus Chukwu and Motion to Substitute Pursuant to FRCP 25. Plaintiffs have since conferred with opposing counsel who have advised that they do not oppose the motion. Accordingly, Plaintiffs' counsel files the following certificate of conference:

### CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July 2023, I spoke with opposing counsel regarding the Suggestion of Death of Hyginus Chukwu and Motion to Substitute Pursuant to FRCP 25 (Dkt. 39) and opposing counsel confirmed that they do not oppose the motion.

*/s/ Ryan Finnegan*
**Ryan Finnegan**

2. Counsel for Plaintiffs also provide the Court with a proposed order granting the motion to substitute, which is attached to this filing as **Exhibit 1.**

PRAYER

Plaintiffs pray the Court grant the Motion and that "Evelyn Ifeoma Chukwu, Sole Distributee of the Estate of Hyginus Chukwu, Deceased" be substituted in place of "Hyginus Chukwu" as plaintiff in this action, represented by the undersigned counsel, so that Decedent's claims survive, and the action on his behalf may proceed. Plaintiffs pray for any and all further relief that they may be justly entitled to in either law or equity.

Respectfully submitted,

**The HALL LAW GROUP, PLLC**

*/s/ Ryan Finnegan*
**Benjamin L. Hall, III**
State Bar No. 08743745
Federal Bar No. 8787
bhall@bhalllawfirm.com
**William L. Van Fleet II**
State Bar No. 20494750
Federal Bar No. 3670
bvfleet@comcast.net
**Ryan Finnegan**
State Bar No. 24119322
Federal Bar No. 3689829
RFINNEGAN@THLF.US
THE HALL LAW FIRM
530 Lovett Blvd.
Houston, Texas 77006
Telephone:  (713) 942-9600
Facsimile:  (713) 942-9566

-AND-

**The HITTNER GROUP, PLLC**

**George J. Hittner**
State Bar No. 24038959
S.D. TX No. 431901
george.hittner@thehittnergroup.com
P.O. Box 541189
Houston, Texas 77254
Phone: (713) 505-1003

-AND-

**The VILLACORTA LAW FIRM, P.C.**

**Adrian V. Villacorta**
State Bar No. 24003111
530 Lovett Blvd.
Houston, Texas 77057
Telephone: (832) 991-8864
Facsimile: (832) 201-7469

avillacorta@avvlaw.com

-AND-

**JIMMY ARDOIN & ASSOCIATES, PLLC**

**James Ardoin**
State Bar No. 24045420
S.D. TX No. 571281
4900 Fournace Place, Suite 550
Houston, Texas 77401
Phone: (713) 574-8900
Toll Free: (888) 701-8509
Email: jimmy@jimmyardoinlaw.com

-AND-

**Ahmad, Zavitsanos, Anaipakos,
Alavi & Mensing, P.C.**

Joseph Y. Ahmad
Texas Bar No. 00941100
S.D. Tex. Bar No. 11604
Jordan Warshauer
Texas Bar No. 24086613
S.D. Tex. Bar No. 2994699
Edward B. Goolsby
Texas Bar No. 24092436
S.D. Tex. Bar No. 2505570
Nathan B. Campbell
Texas Bar No. 24097455
S.D. Tex. Bar No. 2745040
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101
Fax: (713) 655-0062
joeahmad@azalaw.com
egoolsby@azalaw.com
jwarshauer@azalaw.com
ncampbell@azalaw.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of July 2023, a true and correct copy of the foregoing document was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Ryan Finnegan*
**Ryan Finnegan**